**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | | |
|---|---|---|
| BRIAN SPENCER, | § | |
| | § | |
| | § | CIVIL ACTION NO.  **6:18-CV-00335-RWS** |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | |
| CLIENT SERVICES, INC., | § | |
| | § | |
| Defendant. | § | |
| | § | |

## <u>ORDER</u>

Before the Court is Plaintiff's Notice of Voluntary Dismissal Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) (Docket No. 4).  Plaintiff seeks to dismiss with prejudice the above-captioned case against all Defendants.  Accordingly, this action is hereby **DISMISSED WITH PREJUDICE**.

The Clerk of the Court is directed to close this case.

**SIGNED this 28th day of August, 2018.**

_Robert W. Schroeder III_
ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE